IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **ELLEN H. YANKELLOW** | * | Case No.: CCB 02-CV-3688 |
| Plaintiff | * | |
| v. | * | |
| **CONTRACT PHARMACY SERVICES, INC., et al.** | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S PETITION FOR THE EMERGENCY APPOINTMENT OF A RECEIVER PENDENTE LITE, AND PRESERVING THE STATUS QUO

In order to permit the parties to engage in productive mediation without furthering the adversarial litigation, the Court hereby issues the following Order to preserve the *status quo* with respect to certain matters concerning the parties while they engage in mediation. Therefore, on this 25 day of February, 2003, it is hereby:

ORDERED, that through March 6, 2003, Defendants Wayne Shafer and Jean Shafer (the "Shafers") shall not initiate action to terminate any contract between Defendant Contract Pharmacy Services, Inc. a/k/a Y&S Pharmacy Services ("Y&S") and any customer of Y&S; it is further

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

UNITED STATES DISTRICT JUDGE

ORDERED, that through March 6, 2003, the Shafers shall not initiate action to terminate the employment of any employee of the Y&S facility located in Baltimore, Maryland; it is further

ORDERED, that the defendants' request for an extension of time within which to file a response to Plaintiff's Petition for the Emergency Appointment of a Receiver Pendente Lite is granted, and defendants shall file such response on or before March 5, 2003; and it is further

ORDERED, that upon proper notice and hearing, a violation of this Order may constitute grounds for contempt; and it is further

ORDERED, that this Order shall remain in effect for ten days and then shall expire automatically, unless renewed by the Court.

_____
Catherine C. Blake
United States District Judge

Cc:

Thomas C. Dame, Esquire
Gallagher Evelius & Jones LLP
218 N. Charles Street, Suite 400
Baltimore, MD 21201-4033

Minda F. Goldberg, Esquire
3601 Michelle Way
Baltimore, MD 21208

Drake Zaharris, Esquire
Natalie Paige Drinkard, Esquire
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204

# 208075 TCD
011671-0001