## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Ellen Yankellow                                    *
        Plaintiff(s)

        vs.                                Civil No.: CCB-02-3688
                                           (Magistrate Judge Grimm)

Contract Pharmacy Services
        Defendant(s)


******

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

In accordance with 28 U.S.C. § 636 and Local Rules 301 and 302 of the United States

District Court for the District of Maryland, this case is hereby referred to the Honorable Paul W.

Grimm, United States Magistrate Judge for said District, for the following purpose(s):

        Settlement or other ADR conference.

        Hearing (if necessary) and determination of non-dispositive pretrial matters as follows:

        All discovery disputes.

        Specifically,_____
        _____

        Hearing (if necessary), proposed findings of fact, and recommendations for the
        disposition of a prisoner petition challenging conditions of confinement.

        Hearing (if necessary), proposed findings of fact, and recommendations for the
        disposition of applications for post-trial relief under 28 U.S.C. §§ 2254 and 2255
        made by individuals convicted of criminal offenses.

        Hearing (if necessary), proposed findings of fact, and recommendations as to
        dispositive pretrial matters as follows:

        Motions to review administrative determinations in a Social Security or related benefits
        case pursuant to 42 U.S.C. § 405(g).

U.S. District Court (Rev. 1/2000)

Specifically, _____

_____

Final determination of dispositive pretrial matters pursuant to 28 U.S.C. § 636(c)*: specifically, _____

_____

Service as special master in accordance with Fed. R. Civ. P. 53 (complicated issues or exceptional condition involved).

Ordering and conducting supplementary proceedings in accordance with Md. R. Proc. 2-633.

Reviewing a default judgment.

Other:_____

_____

Date:____4/15/03_____          _____/S/_____
                                           Catherine C. Blake
                                           United States District Judge

U.S. District Court (Rev. 1/2000)