# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

## MEMORANDUM

**TO:**      DOCKET CLERK

**FROM:**    JANET FEWSTER, Judicial Assistant to
             Magistrate Judge Grimm

**SUBJECT:** DOCKET ENTRY CIVIL NO.: CCB-02-3688
             Yankellow v. Contract Pharmacy

**THE FOLLOWING WAS HELD IN CHAMBERS BEFORE MAGISTRATE JUDGE GRIMM, Tuesday, on the 15th DAY OF April, 2003**

\_\_  Status/Scheduling Conference

\_\_  Scheduling Conference (by telephone)

\_\_  Telephonic Conference
     Re: Discovery Dispute Hearing

\_\_  Pretrial Conference

_X_  Settlement Conference  -held finalization of agreement. (2.45 hours)

\_\_  Chambers Conference
     Re:

\_\_  Other
     Re:

**TERMINATE REFERRAL *YES \_\_\_        NO \_\_\_**

**DATE:** 4/15/03                          /S/
                                           **Paul W. Grimm,**
                                           **United States Magistrate Judge**

*Unless this block is checked **DO NOT** terminate referral.

**COURT FILE**
**Judge**