

# HODES, ULMAN, PESSIN & KATZ, P.A.

901 Dulaney Valley Road   |   Suite 400   |   Towson, MD 21204
phone 410.938.8800   |   fax 410.823.6017   |   www.hupk.com

**Drake Zaharris**

WRITER'S FACSIMILE NUMBER:
410-938-8806

WRITER'S DIRECT E-MAIL Drake@hupk.com

June 2, 2003

**VIA ELECTRONIC FILING**
The Honorable Catherine C. Blake
United States District Judge
U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

> **Re:** **Yankellow v. Contract Pharmacy Services, Inc., ("Y&S") et al.**
> **Case No. 02-cv-3688**

Dear Judge Blake:

On April 30, 2003, Your Honor entered an Amended Settlement Order extending the rights of the parties to move for good cause to reopen this case if the settlement is not consummated by June 3, 2003. I regret to advise Your Honor that the parties have not reached agreement on certain terms contained in the settlement. It is likely that we will require Judge Grimm's further intervention in order to bring the matter to a conclusion.

I would appreciate it if Your Honor would further extend the Rule 111 Settlement Order for a period of fifteen (15) days in order to allow the parties an opportunity to conclude the settlement.

I appreciate the Court's assistance.

Very truly yours,

Drake Zaharris

DZ/ss

cc:   Thomas C. Dame, Esq.
      John Samel, Esquire
      James A. List, Esquire

*The Maryland Law Firm*

TOWSON     COLUMBIA     BEL AIR     CAMBRIDGE     BETHESDA     HAVRE DE GRACE