## HODES, ULMAN, PESSIN & KATZ, P.A.

901 Dulaney Valley Road | Suite 400 | Towson, MD 21204
phone 410.938.8800 | fax 410.823.6017 | www.hupk.com

**Drake Zaharris**

WRITER'S FACSIMILE NUMBER:
410-938-8806

WRITER'S DIRECT E-MAIL Drake@hupk.com

June 2, 2003

**VIA ELECTRONIC FILING**
The Honorable Paul W. Grimm
United States Magistrate
U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re: Yankellow v. Contract Pharmacy Services, Inc., ("Y&S") et al.
       Case No. 02-cv-3688

Dear Judge Grimm:

  I regret to advise Your Honor that the parties have reached another impasse in trying to complete the settlement of this case. I would appreciate Your Honor's intervention by requiring the parties and their counsel to meet in your chambers to conclude the two remaining settlement items.

  In her Order dated April 30, 2003, Judge Blake extended the effect of the Rule 111 Settlement Order to June 3, 2003. I have today written to her requesting a fifteen (15) day extension of that Order. I believe that fifteen (15) days will be sufficient provided that Your Honor can arrange to get everyone together as soon as possible and get the settlement completed.

  I appreciate your assistance.

           Very truly yours,

           Drake Zaharris

DZ/ss

cc: Thomas C. Dame, Esq.
   John Samel, Esquire
   James A. List, Esquire

*The Maryland Law Firm*
TOWSON COLUMBIA BEL AIR CAMBRIDGE BETHESDA HAVRE DE GRACE