

ATTORNEYS AT LAW

Gerald Hamburg
*Edward Rubin
J. Edmund Mullin
J. Scott Maxwell
Steven H. Lupin
Douglas I Zeiders
Carl N. Weiner
Jonathan Samel
Merla R. Ochroch
Mark E Himsworth
Steven A. Hann
Steven B. Barrett
Christen G. Pionzio
Joseph J. McGrory, Jr.
Diane K. Foxman
Ethan R. O'Shea
Bernadette A. Kearney
Laura M. Carlin

*Board Certified
Civil Trial Advocate

# HAMBURG, RUBIN, MULLIN, MAXWELL & LUPIN

ACTS Center-Blue Bell
375 Morris Road
Post Office Box 1479
Lansdale, PA 19446-0773
Phone 215-661-0400
Fax 215-661-0515
www.hrmml.com

20,588-001

June 3, 2003

**VIA ELECTRONIC FILING**

The Honorable Paul W. Grimm
United States Magistrate
U. S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

   Re: Yankellow v. Contract Pharmacy Services, Inc., ("Y&S") et al.
     Case No.: 02-cv-3688

Dear Judge Grimm:

I join Drake Zaharris in his letter to you dated June 2nd in requesting Your Honor's assistance in concluding the settlement of this case.

In order to facilitate scheduling a conference, please be advised that I am not able to participate in a conference between June 16th and June 25th, but will be available anytime before June 16th or after June 25th.

I appreciate your assistance.

       Very truly yours,

       HAMBURG, RUBIN, MULLIN,
         MAXWELL & LUPIN

       By: _____
         JONATHAN SAMEL

JS:jg
Cc: Drake Zaharris, Esquire (via facsimile 410-823-6017)
   Thomas C. Dame, Esquire (via facsimile 410-837-3079)