

# HODES, ULMAN, PESSIN & KATZ, P.A.

901 Dulaney Valley Road   |   Suite 400   |   Towson, MD 21204
phone 410.938.8800   |   fax 410.823.6017   |   www.hupk.com

**Drake Zaharris**

WRITER'S FACSIMILE NUMBER:
410-938-8806

WRITER'S DIRECT E-MAIL Drake@hupk.com

June 3, 2003

**VIA ELECTRONIC FILING**
The Honorable Paul W. Grimm
United States Magistrate
U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

      Re:   Yankellow v. Contract Pharmacy Services, Inc., ("Y&S") et al.
            Case No. 02-cv-3688

Dear Judge Grimm:

    I am writing to confirm that counsel and the parties have agreed to appear at your chambers on Tuesday, June 10, 2003 at 1:30 p.m. for a continued Settlement Conference in respect to the above matter. All counsel and parties have been advised about the date and time of the continued Settlement Conference and will be present.

    On behalf of all parties, we appreciate your cooperation.

                                        Very truly yours,

                                        Drake Zaharris

DZ/ss

cc:    Thomas C. Dame, Esq.
       John Samel, Esquire – (via facsimile)
       James A. List, Esquire

*The Maryland Law Firm*

TOWSON     COLUMBIA     BEL AIR     CAMBRIDGE     BETHESDA     HAVRE DE GRACE