# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

## MEMORANDUM

**TO:** DOCKET CLERK

**FROM:** JANET FEWSTER, Judicial Assistant to Magistrate Judge Grimm

**SUBJECT:** DOCKET ENTRY CIVIL NO.: CCB-02-3688
Yankellow v. Contract Pharmacy Servcices

**THE FOLLOWING WAS HELD IN CHAMBERS BEFORE MAGISTRATE JUDGE GRIMM, Tuesday, on the  10th  DAY OF June, 2003**

___   Status/Scheduling Conference

___   Scheduling Conference (by telephone)

___   Telephonic Conference
       Re: Discovery Dispute Hearing

___   Pretrial Conference

_X_   Settlement Conference. **5.5 hours settlement agreement finalized.**

___   Chambers Conference
       Re: _____

___   Other
       Re: _____

**TERMINATE REFERRAL *YES  XX**       **NO ____**

**DATE:   6/10/03**                    /S/
                                       **United States Magistrate Judge**

*Unless this block is checked **DO NOT** terminate referral.

**COURT FILE**
**Judge**