**HODES, ULMAN, PESSIN & KATZ, P.A.**

901 Dulaney Valley Road  |  Suite 400  |  Towson, MD 21204
phone 410.938.8800  |  fax 410.823.6017  |  www.hupk.com

**Drake Zaharris**

WRITER'S FACSIMILE NUMBER:
410-938-8806

WRITER'S DIRECT E-MAIL Drake@hupk.com

June 16, 2003

**VIA ELECTRONIC FILING**
The Honorable Catherine C. Blake
United States District Judge
U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

       Re:    Yankellow v. Contract Pharmacy Services, Inc., ("Y&S") et al.
                Case No. 02-cv-3688

Dear Judge Blake:

      The Court entered an Amended Settlement Order on June 2, 2003, extending the parties' rights to move for good cause to reopen this case if settlement is not consummated by June 18, 2003. As Your Honor may know, we met on Tuesday, June 10, 2003, with Judge Grimm and reached final agreement on all of the terms of the settlement, including the language of the documents. The case is now settled, but in order to execute documents in Judge Grimm's Chambers, it was necessary to mark up and edit several documents by hand. Mr. Dame and I agreed at the conclusion of the meeting that we would "clean-up" those documents by retyping clean copies and having the parties re-execute them. Mr. List forwarded those documents to Defendants' counsel on Wednesday, June 13, 2003. I do not have those documents back yet, but Mr. Samel's office advises they will send them by Federal Express within the next few days.

      I would appreciate it if Your Honor would extend the Amended Settlement Order for an additional fifteen (15) day period, from June 18, 2003 to July 3, 2003 in order to allow us to complete this process.

      We appreciate your consideration.

*The Maryland Law Firm*

TOWSON    COLUMBIA    BEL AIR    CAMBRIDGE    BETHESDA    HAVRE DE GRACE

The Honorable Catherine C. Blake
United States District Judge
June 16, 2003
Page 2

                           Very truly yours,


                           Drake Zaharris

DZ/ss

cc:    The Honorable Paul W. Grimm
       Thomas C. Dame, Esq.
       John Samel, Esquire
       James A. List, Esquire