# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF** | **101 WEST LOMBARD STREET** |
| **PAUL W. GRIMM** | **BALTIMORE, MARYLAND 21201** |
| **UNITED STATES MAGISTRATE JUDGE** | **(410) 962-4560** |
| | **(410) 962-3630 FAX** |

January 24, 2005

## ORDER SCHEDULING SETTLEMENT CONFERENCE

RE:   Ellen Yankellow v. Contract Pharmacy Services
      Civil Action No.: CCB-02-3688

Dear Counsel:

Please be advised that further settlement in this case has been **scheduled** for **Wednesday, March 1, 2006 at 10:30 a.m.**, and will be held in my chambers (Room 8B). It is essential that the parties, or in the case of a corporation or partnership, an officer or other representative with complete authority to enter into a binding settlement, be present in person. Attendance by the attorney for a party is <u>not</u> sufficient.

Also, I would appreciate an updated letter from counsel advising me of any changes in the status of their settlement positions since our last meeting no later than **Wednesday, February 15, 2006**.

Despite the informal nature of this letter it will constitute an order of the Court and will be docketed accordingly.

            Very truly yours,
                /S/
            Paul W. Grimm
            United States Magistrate Judge

cc:   Honorable Catherine C. Blake
      Chambers File