

+Edward Rubin
J. Edmund Mullin
J. Scott Maxwell
Steven H. Lupin
William C. Roeger, Jr.
Douglas I Zeiders
Carl N. Weiner
Jonathan Samel
Gary Jaffe
Merle R. Ochrach
Mark F. Himsworth
Steven A. Hann
Steven B. Barrett
Christen G. Pionzio
Joseph J. McGrory, Jr.
James C. Walker
Nancy Mulloy-Bonn
Diane K. Foxman
Ethan R. O'Shea
Bernadette A. Kearney
Paul G. Mullin
Karen T. Albright
Adam L. Fernandez
Andrea Kang Wooster
Benjamin R. Picker
Stephen P. Brownback

OF COUNSEL
Gerald Hamburg
Robert C. Fernandez

*Board Certified
Civil Trial Advocate

LANSDALE OFFICE
ACTS Center-Blue Bell
375 Morris Road
Post Office Box 1479
Lansdale, PA 19446-0773
Phone 215-661-0400
Fax 215-661-0315

PERKASIE OFFICE
210 W. Walnut Street
PO Box 259
Perkasie, PA 18944
Phone 215-257-3666
Fax 215-453-0692

LIMERICK OFFICE
169 West Ridge Pike
Suite 205
Limerick, PA 19468
Phone 800-99LEGAL

ALLENTOWN OFFICE
The Sovereign Building
609 Hamilton Mall
Allentown, PA 18101
Phone 610-433-5850
Fax 610-776-5754

# HAMBURG, RUBIN, MULLIN, MAXWELL & LUPIN

ATTORNEYS AT LAW
www.hrmml.com

20,588-001

February 28, 2006

**via Facsimile and Regular Mail**

The Honorable Paul W. Grimm
United States Magistrate Judge
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

Re:   **Ellen Yankellow v. Contract Pharmacy Services, et al.**
      Civil Action No.: CCB-02-3688

Dear Judge Grimm:

I regret to inform you that I have just been diagnosed with "shingles" and am presently incapable of attending tomorrow's conference, which you went to great lengths to schedule at my request. Should you have any questions about my condition, you can feel free to contact my family physician, Bernard Carlin, M.D. at Norriton Family Medicine, 342 W. Germantown Pike, East Norriton, PA 19403, 610-279-1500. This is to respectfully request a new date as soon as conveniently possible.

I apologize sincerely for the inconvenience to all, and thank you for your judicial courtesy and cooperation.

Respectfully,

HAMBURG, RUBIN, MULLIN,
MAXWELL & LUPIN

By: _____
     MARK F. HIMSWORTH

MFH/kmd
cc:  James A. List, Esquire – **via Facsimile and Regular Mail**
     Thomas C. Dame, Esquire – **via Facsimile and Regular Mail**
     Mr. Wayne J. Shafer – **via Facsimile and Regular Mail**
     Jonathan Samel, Esquire – **via Email**

**DICTATED BUT NOT READ**