**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ELLEN H. YANKELLOW | * |
|    Plaintiff | * |
| v. | *   Civil Action |
| |    No. CCB 02-CV-3688 |
| CONTRACT PHARMACY SERVICES, Inc. d/b/a Y&S Pharmacy Services, et al. | * |
| | * |
|    Defendants | |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please substitute the appearance of James A. List and Miles & Stockbridge, P.A., in place and stead of Natalie Paige Drinkard and Hodes, Ulman, Pessin & Katz, P.A., as counsel for Plaintiff Ellen H. Yankellow.

                _____/s/_____
                Natalie Paige Drinkard, Federal Bar No. 25127
                Hodes, Ulman, Pessin & Katz, P.A.
                901 Dulaney Valley Road, Suite 400
                Towson, MD 21204
                Telephone: 410-938-8800
                Facsimile:   410-321-7044


                _____/s/_____
                James A. List
                Miles & Stockbridge, P.C.
                1 West Pennsylvania Avenue, Suite 900
                Towson, MD 21204
                Telephone: 410-823-8198
                Facsimile:   410-823-8123

                Attorneys for Plaintiff