

# HAMBURG, RUBIN, MULLIN, MAXWELL & LUPIN

ATTORNEYS AT LAW
www.hrmml.com

*Edward Rubin
J. Edmund Mullin
J. Scott Maxwell
Steven H. Lupin
William C. Roeger, Jr.
Douglas I Zeiders
Carl N. Weiner
Jonathan Samel
Gary Jaffe
Merle R. Ochrach
Mark F. Himsworth
Steven A. Hann
Steven B. Barrett
Christen G. Pionzio
Joseph J. McGrory, Jr.
James C. Walker
Nancy Mulloy-Bonn
Diane K. Foxman
Ethan R. O'Shea
Bernadette A. Kearney
Paul G. Mullin
Karen T. Albright
Adam L. Fernandez
Andrea Kang Wooster
Benjamin R. Picker
Stephen P. Brownback

OF COUNSEL
Gerald Hamburg
Robert C. Fernandez

*Board Certified
Civil Trial Advocate

20,588-001

March 16, 2006

The Honorable Paul W. Grimm
United States Magistrate Judge
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

Re:   **Ellen Yankellow v. Contract Pharmacy Services, et al.**
      Civil Action No.: CCB-02-3688

Dear Judge Grimm:

This will confirm that all counsel, and Chambers, have agreed upon a new settlement conference date of Wednesday, June 21, 2006 at 10:30 a.m.

This will further confirm that all parties will comply with Your Honor's original Order dated January 24, 2006, and that letters advising of any change in the status of settlement positions since our last meeting will be due no later than Wednesday, June 7, 2006.

Thank you for your judicial courtesy and cooperation.

Respectfully,

HAMBURG, RUBIN, MULLIN,
MAXWELL & LUPIN

By: _____
      MARK F. HIMSWORTH

MFH/kmd
cc:   James A. List, Esquire – **via Facsimile and Regular Mail**
      Thomas C. Dame, Esquire – **via Facsimile and Regular Mail**
      Mr. Wayne J. Shafer – **via Facsimile and Regular Mail**
      Jonathan Samel, Esquire – **via Email**

LANSDALE OFFICE
ACTS Center-Blue Bell
375 Morris Road
Post Office Box 1479
Lansdale, PA 19446-0773
Phone 215-661-0400
Fax 215-661-0315

PERKASIE OFFICE
210 W. Walnut Street
PO Box 259
Perkasie, PA 18944
Phone 215-257-3666
Fax 215-453-0892

LIMERICK OFFICE
168 West Ridge Pike
Suite 208
Limerick, PA 19468
Phone 800-99LEGAL

ALLENTOWN OFFICE
The Sovereign Building
609 Hamilton Mall
Allentown, PA 18101
Phone 610-433-5850
Fax 610-776-8754